80160-799-37
David Seror [State Bar No. 67488]
9401 Wilshire Blvd. 9th Floor
Beverly Hills, CA 90212-2974
Telephone: (310) 281-6361
Facsimile: (310) 887-6801
Email: serortrustee@ecjlaw.com

Chapter 7 Trustee

FILED
AUG 23 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re

MARY ELLEN HARTMAN

Debtor.

Case No. 1:06-bk-11134-GM
Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**
**3011**

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1015 in the sum of $1024.00 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: August 16, 2010

_____
DAVID SEROR
Chapter 7 Trustee

-1-

| | CLAIMANT: | AMOUNT: |
|---|---|---|
| 1 | | |
| 2 | Mary Ellen Hartmen | $1,024.00 |
| 3 | 26 San Roque Road<br>Santa Barbara, CA 93501 | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |